MENT OF PUBLIC HEALTH ET AL.   Ct. Civ. App. Ala.   Certiorari denied.

No. 04–825.   STAUFFER v. TEXAS.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 04–826.   NSEK v. CIRCLE K STORES ET AL.   Ct. App. Cal., 4th App. Dist., Div. 2.   Certiorari denied.

No. 04–827.   STEWART ET UX. v. SMITH ET AL.   Sup. Ct. Ala.   Certiorari denied.

No. 04–829.   GOLIN ET AL. v. CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 04–832.   MARCONE v. OFFICE OF DISCIPLINARY COUNSEL.   Sup. Ct. Pa.   Certiorari denied.

No. 04–836.   GOLIN ET AL. v. ALLENBY, DIRECTOR, CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES.   C. A. 9th Cir.   Certiorari denied.

No. 04–838.   WEINER v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 04–839.   MONROE v. CITY OF RICHMOND, VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 04–840.   JENKINS v. MTGLQ INVESTORS ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 04–842.   BACON ET AL. v. HONDA OF AMERICA MANUFACTURING, INC.   C. A. 6th Cir.   Certiorari denied.

No. 04–843.   ADDIS ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 04–846.   KNIGHT v. RUMSFELD, SECRETARY OF DEFENSE.   C. A. 5th Cir.   Certiorari denied.